UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATIE BOHN,

                                Plaintiff,

       v.                                                     7:10-CV-1078

COMMISSIONER OF SOCIAL
SECURITY,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       This matter brought pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rules 72.3(c).

       No objections to the March 5, 2012 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated herein.

       It is, therefore, ORDERED that:

       (1) Defendant's motion for judgment on the pleadings is DENIED;

       (2) Plaintiff's motion for judgment on the pleadings is GRANTED; and

(3) The Commissioner's finding of no disability is VACATED and the matter REMANDED to the Commissioner for further proceedings consistent with the court's findings.

IT IS SO ORDERED.

Dated: March 28, 2012

Thomas J. McAvoy
Senior, U.S. District Judge